# INVOICE

Invoice #ILS-2015006505
2/1/2016

Original Date: 8/17/2015

Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
121 Alhambra Plaza
Tenth Floor
Coral Gables, FL 33134

**Case Number:** Middle 3:15-CV-994-J-32JBT

Plaintiff:
**United States of America**

Defendant:
**Deatry Lang**

Received: 8/4/2015   Served: 8/12/2015 10:30 am   INDIVIDUAL
To be served on: Deatry Lang

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 45.00 | 45.00 |
| Tax | 1.00 | 6.50% | 0.00 |
| **TOTAL CHARGED:** | | | **$45.00** |
| 01/28/2016   Check #24101   Final Payment | | | 45.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

ORIGINAL AFFIDAVIT OF SERVICE IS ATTACHED FOR FILING WITH THE COURT.



EXHIBIT D

Copyright © 1992-2011 Database                V6.5m